FILED

DEC - 8 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

IN THE MATTER OF THE ISSUANCE
OF A CRIMINAL COMPLAINT AND
ARREST WARRANT RE:

Case No. 2:25-mj-$272$

DYLAN JOSEPH KNAUER

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kathryn J. Nguyen, being duly sworn, hereby depose and state:

### Introduction and Agent Background

1.      I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant and make arrests.

2.      I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation (FBI). I have been employed by the FBI as a Special Agent since September 2015. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, § 2510(7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests of the offenses enumerated in Title 18, United States Code. In the course of my duties, I am responsible for investigating crimes which include, but are not limited to, child exploitation and child pornography. I have previously been involved in criminal investigations concerning violations of federal laws. Since joining the FBI, your affiant has received specialized training in child exploitation investigations, identifying and seizing electronic evidence, computer forensics,

recovery of electronic files, electronic device imaging, and social media website investigations.

3.     The facts in this affidavit come from my personal observations and information obtained from other investigators and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint and the issuance of an arrest warrant for the criminal violations described in more detail below.

## STATUTORY AUTHORITY

4.     This affidavit is submitted in support of a criminal complaint and arrest warrant charging defendant DYLAN JOSEPH KNAUER with violations of 18 U.S.C. §§ 2423(b) (travel with intent to engage in illicit sexual conduct); and 18 U.S.C. § 2422(b) (coercion and enticement of a minor).

## LEGAL AUTHORITY

5.     18 U.S.C. § 2423(b), in relevant part, makes it unlawful to travel in interstate commerce or travel into the United States with the intent to engage in any illicit sexual conduct with another person. This provision also makes it unlawful for a United States citizen to travel in foreign commerce with the intent to engage in any illicit sexual conduct with another person.

6.     18 U.S.C. § 2423(f), in relevant part, renders attempts and conspiracies to commit violations of (b) punishable in the same manner as a completed violation of that subsection.

7.     "Illicit Sexual Conduct" as used in 18 U.S.C. § 2423(b), means (1) a sexual act (as defined in section 2246) with a person under 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; (2) any commercial sex act (as defined in section 1591) with a person under 18 years of

age; or (3) production of child pornography (as defined in section 2256(8)).

8.      18 U.S.C. § 2422(b), in relevant part, makes it unlawful to use the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and to attempt to do so.

9.      Virginia Code Section 18.2-63 makes it unlawful for any person to carnally know, without the use of force, a child thirteen years of age or older but under fifteen years of age.

10.      "Carnal Knowledge" includes the acts of sexual intercourse, cunnilingus, fellatio, anilingus, anal intercourse, and animate and inanimate object sexual penetration.

11.      Virginia Code Section 18.2-374.1:1 prohibits any person from knowingly reproducing by any means, selling, giving away, distributing, electronically transmitting, displaying, purchasing, or possessing with intent to sell, give away, transmit or display, child pornography.

## Probable Cause

12.      On August 30, 2025, the FBI received information from a confidential source ("CS1"), alleging that DYLAN JOSEPH KNAUER ("KNAUER") was communicating with an individual under the age of eighteen (hereinafter, "Minor Victim 1" or "MV1") using Telegram and Whatsapp. CS1 further alleged that KNAUER initially met MV1 online and then traveled to the Philippines on two separate occasions, in April 2025 and May 2025, to meet with up with MV1 in-person. According to CS1, KNAUER used Airbnb to book a place to stay while visiting the Philippines. CS1 indicated that he/she believed the relationship between KNAUER and MV1 was romantic in nature.

3

13.     Your affiant learned that CS1 is ▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in April 2025 ▮▮▮▮▮▮▮▮

▮▮ KNAUER relocated to Chesapeake, VA.  KNAUER ▮▮▮▮ had purchased a home in

Chesapeake, VA in 2021 or 2022, which is where KNAUER currently resides. Chesapeake,

Virginia is located in the Eastern District of Virginia.

14.     After further investigation, information provided by CS1 proved to be reliable and

corroborated by additional documentary evidence voluntarily provided to law enforcement by CS1

and through subsequent legal process.

15.     According to the traveler's intelligence program, based on your affiant's review of

the data, it appears KNAUER traveled from John F. Kennedy International Airport (JFK) to Hong

Kong International (HKG) on April 14, 2025.  The next day, KNAUER flew from HKG to Mactan-

Cebu International Airport (CEB) in the Philippines. Your affiant also located records of

KNAUER's travel back to the United States between May 6-7, 2025. Specifically, KNAUER flew

from CEB to HKG; HKG back to JFK; JFK to Charlotte International Airport (CLT), and then

CLT to Albert J. Ellis Airport (OAJ). OAJ is located approximately 3.5 hours driving distance

away from Chesapeake, Virginia.

16.     On or around September 25, 2025, an administrative subpoena was served on

Airbnb, Inc. requesting booking information for locations in the Philippines, from April 1, 2025,

until July 31, 2025, for Dylan Joseph Knauer, DOB: xx/xx/1993, telephone number xxx-xxx-8253

("the 8253 Number").  On or about October 8, 2025, Airbnb provided information in response to

the subpoena.

The subscriber information for the account associated with KNAUER was as follows:

User ID 24335880 (created 11/30/14)

User ID 311696809 (created 11/24/19)

17.    11.    The    User    ID    24335880    was    associated    with    email    address Knauer.dylan@gmail.com and the 8253 Number and a second phone number xxx-xxx-1890. The User ID 311696809 was associated with email address truerebel1@hotmail.com and phone number 393496259406. Both User IDs were associated with the name "Dylan Knauer". Airbnb had three reservations during the timeframe requested for User ID 24335880:

Start Date: 4/15/2025; Nights: 3; Address: 1205, Tower 2, Avida Riala, Jose Maria del Mar Street, Cebu City, Central Visaya 6000, Philippines

Start Date: 4/30/2025; Nights: 6; Address: Jose Maria del Mar Street, Cebu City, Central Visayas 6000, Philippines

Start Date: 5/29/2025; Nights: 7; Address: Unit 1409 Tower A, Mesavirre Garden Residences, Lacson Street, Bacolod, Western Visayas 6100, Philippines.

18.    On October 8, 2025, your affiant spoke with CS1. CS1 provided your affiant with images and multiple screen recordings captured by CS1 to confirm KNAUER's travel and relationship with MV1. These images and screen recordings were captured by CS1, using CS1's device, at his/her own behest, with no direction from law enforcement.    CS1 has access to KNAUER's email account, ██████████████████████████████████. Thus, CS1 had access to KNAUER's Airbnb login information and was able to access the portal and messaging application.

19.    One screenshot image CS1 shared with law enforcement depicts KNAUER with a female your affiant believes to be MV1. KNAUER's face is depicted next to MV1's and appears to be kissing the side of MV1's head. MV1's first name is listed in the image with a mobile number of +xx xxx xxx 0933 ("the 0933 Number").    Another screenshot image CS1 shared with law

enforcement depicts the same image with KNAUER and MV1, however, the name "Dylan Knauer" is listed with mobile number '+1 ██████ 8253' and username '@Justsomedork'. It is unclear to your affiant what platform these images came from and how CS1 accessed them. CS1 did, however, voluntarily disclose to law enforcement that both KNAUER and MV1 made this image their profile picture on a social media platform.

20.     Prior to notifying law enforcement about the above-referenced activity, CS1 accessed KNAUER's Airbnb account using his/her own electronic device and used that same device to capture a screen recording of a conversation KNAUER appeared to have with Airbnb hosts "Mae & Eric" (hereinafter, "M & E") on the Airbnb messaging platform in connection with KNAUER's six-night trip to Cebu City beginning April 30, 2025, referenced above. During that conversation, KNAUER sent M & E several images, which CS1 captured and shared with law enforcement. Your affiant reviewed the screen recording and still images CS1 shared with law enforcement from the Airbnb messaging platform. Specifically, KNAUER sent M & E two photographs, one depicting the front, and another depicting the back of MV1's school identification card.

21.     The front of MV1's school identification card includes the following information:

- The name and location of the high school;

- MV1's School ID No. for the school year 2024-2025;

- MV1's full name and signature;

- a "Grade 9-Gold" designation under a photo of what appears to be MV1, which your affiant compared to the photo described above, and based on that comparison, both individuals appear to depict the same individual.

22.     The back of MV1's school identification card includes the following information:

- MV1's birthdate: xx-xx-2010

- a parent/guardian name: "H.D."

- an address in Sagay City

- the 0933 Number – the same number listed on the contact described in detail above.

23.    As stated above, CS1 also provided a screen recording from the messaging application of KNAUER's Airbnb portal depicting, what appears to be the entire conversation between KNAUER and M & E regarding the April 30 trip referenced above. KNAUER begins the conversation by informing the hosts he will be "visiting cebu with girlfriend and her cousins". The hosts ask KNAUER for the names and ages of the individuals staying at the residence and, in response, KNAUER provided the names and ages of three individuals, including MV1, who he listed as being 14. The other two individuals, according to KNAUER's message, were 18 and 24.

24.    In addition to sending photographs of the front and back sides of MV1's school identification card to the hosts, KNAUER sent similar photographs of a school identification card appearing to belong to the individual he identified as being 18 years old. This individual's school identification card included, among other details, the individual's name, photograph, emergency contact information, and designation as a "Grade 11" "Senior High School Student". The identification card appears to be from "School Year 2023-2024". The identification card also included the individual's birthdate, which was just a couple days prior to the April 30th trip. This suggests this individual turned 18 just days before the trip was scheduled to begin.

25.    In addition to sending the hosts photographs of the two high school identification cards, the screen recording captured a photograph KNAUER sent of his own Virginia driver's license, which lists his address being a residence in Chesapeake, Virginia.

26.    The screen recording also includes photographs KNAUER sent of a driver's

license from the Philippines belonging to the third individual KNAUER advised was 24 at the time. Based on the date of birth on the individual's license, it appears this individual has since turned 25.

27.    Travel records further reveal that KNAUER flew from Newark, New Jersey (EWR) to Narita, Japan (NRT) on May 27, 2025 and back to Dulles (IAD) from Tokyo, Japan (HND) on June 6, 2025.

28.    On September 19, 2025, CS1 voluntarily advised law enforcement that he/she communicated with MV1 from his/her cell phone using the Telegram application. CS1 used the phone number listed on the back side of MV1's school identification card to contact her. CS1 voluntarily provided a copy his/her Telegram conversation with MV1 to law enforcement. The conversation, in part, took place as follows:

CS1: Introduces self █████████████████████████.
MV1: "███████████████████████
MV1: "████████████████████████████████████
█████████████ rgive me. █████████████████████████
█████████████ ".
MV1: "he's my first bf so it was really hard to leave".

29.    Later in the conversation, MV1 stated, "Btw does Dylan told u my age?" CS1 responded, "Nope he didnt i found out too late" "He show me your conversation tho, that you told him that you were 18". MV1 responded, "Yea" with a happy face sweating emoji.

30.    The conversation between CS1 and MV1 on Telegram continued as follows:
CS1 said "He went to PH and told me he will go on vacation", MV1 responded to that comment with, "Yea we meet last week of April" "Also he meet up to other girl before we met". CS1 responded to MV1's comment, "I know he sent me pictures". MV1 then asked, "Did he sent my

picture also???" and CS1 responded, "Nope he sent█████" "I saw your pics together in WhatsApp".

31.      Later in the conversation, CS1 asked, "Why is he trying to get back to you?" and MV1 said, "Idk" "He message me saying how I'm doing tho". CS1 asked, "Today?" and MV1 said, "Last night" "i did not reply tho" "i do hate him so much" "Tbh I miss him" "I don't even know why". CS1 stated, "Dont do it" "Youll move on" and MV1 replied, "he was my first kiss and many times, and the only person i had to learn so it's really hard to move on". MV1 went on to say, "I love him but I don't want to anymore it's too complicated hahaha".

32.      On October 17, 2025, your affiant received a call from CS1, during which CS1 voluntarily disclosed that KNAUER may be traveling to the Philippines to see MV1 in the next few weeks. CS1 further advised that he/she spoke with KNAUER via iMessage on October 16, 2025, and provided your affiant with a screen recording of the conversation. Relevant portions of the screen recorded conversation are included below:

> CS1: "If she's getting threatened i would be scared to send nudes to people" "Especially the one i met online"
> KNAUER: "right lol".
> CS1: "And she didnt even hesitate to send it to you" "Even initiating it"
> KNAUER: "yea" (with a blowing nose emoji)
> KNAUER: "but also u gotta think she was forced to do stuff like that for awhile" "so it becomes desensitized to it" "but idk".
> KNAUER: "i just thought she was 18 and horny okay" (with a blowing nose emoji).
> CS1 (responded to the comment above): "You mad crazy too" "You even come back the second time" "Even you know shes 14" (with three angry face emojis)
> KNAUER: "dont say that out loud" (with a blowing nose emoji)
> CS1: "Yes I did" "You need some real talk here"
> KNAUER: "i know" "but idk i felt bad after the first time" "just leaving her didnt feel right after i just get that and go".
> CS1: "And dont take advantage of her no more"
> KNAUER: "im not"
> CS1: "Wait til she's 18"
> KNAUER: "i wont even go there until she 18".

33.    Further in the conversation KNAUER tells CS1, "i think im gonna go there end of this month for a few days" "when she goes to report him her mom cant go" "i really dont want her going alone she already seem like almost crying when i told her and ask if she is okay with talking to the lawyer about" "it really sucks she has no one there with her mom overseas" "i don't even understand why her mom went overseas everyday her dad is using the money her mom makes for alcohol and he don't even give his kids allowance".  Later on during the conversation CS1 tells KNAUER, "I still dont think its a good idea to meet her, but thats up to you" and KNAUER responds, "i am not gonna do anything dumb" "but its cruel to make her talk to investigators alone" "her house is small too there's no privacy everyone would see her crying and get emotional and no one is there to comfort her".

34.    In the early morning hours of October 23, 2025, your affiant was advised that KNAUER was scheduled to board a flight from Norfolk, Virginia (ORF) to Denver, Colorado (DEN) and then subsequently scheduled to board a connecting flight to NRT with the Philippines being his final destination.  Your affiant was also informed that KNAUER would be turned away when he arrived in the Philippines, which would have likely alerted him to the existence of an ongoing investigation into his conduct involving MV1. Accordingly, pursuant to exigent circumstances, the FBI, along with HSI, Federal Air Marshals Service, Customs and Border Patrol and Denver Police Department seized electronics from KNAUER. Specifically, KNAUER was encountered in Denver, after having boarded a flight bound for Narita. United Airlines Representatives removed KNAUER from the flight for the purpose of obtaining his electronic devices, at which time KNAUER voluntarily elected to miss his flight.

35.    KNAUER was advised he was not being detained and was free to go but chose to speak with law enforcement regarding the investigation.  Specifically, KNAUER spoke with your

10

affiant and another FBI agent over the phone with the assistance of an FBI agent from Denver, who was present with KNAUER. Prior to initiating the interview, KNAUER was verbally read his *Miranda* rights and informed that his cell phone, iPad, and iWatch would all be seized. During the interview, KNAUER admitted he had traveled to the Philippines in April and May 2025 to meet MV1. KNAUER met MV1 online using the date site 'Filipino Cupid'. Prior to any travel, KNAUER and MV1 had been chatting, video calling, and "sexting". Based on my training and experience, sexting is the act of sending sexually explicit photos and videos via a mobile device. KNAUER said, "She told me she was 18 but once I met her in person it was obvious she wasn't." Initially, KNAUER claimed that he and MV1 did not have a sexual relationship but later admitted that he had sex with MV1 during both trips to the Philippines.

36.    During KNAUER's first visit to the Philippines, MV1 disclosed to KNAUER her real age, which at the time was fourteen. KNAUER then said to agents, "I should have ended it there but I didn't". KNAUER also stated that he has images and videos of MV1 on his cell phone. The images and videos of MV1 are located in his photos on his iPhone in the 'Hidden' folder. This folder requires the passcode or facial ID to access it. According to KNAUER, he used his iPhone while sexting MV1 and they communicated on WhatsApp and Facebook Messenger.

37.    KNAUER alleged he was traveling to the Philippines on this most recent occasion to help MV1 because she was being extorted by someone online. During the interview, FBI asked KNAUER for consent to search his devices and he verbally agreed. KNAUER was advised that he should have no additional contact with MV1 and asked not to access his social media accounts. At the conclusion of the interview, KNAUER signed a consent to search form and a receipt for property.

11

38.     A preliminary search of KNAUER's iPhone 15 Pro Max revealed several sexually explicit chats between KNAUER and MV1 on Facebook Messenger.  Facebook Messenger is a messaging application that requires an internet connection (Wi-Fi or mobile data) to send and receive messages, make calls, and use other features. The internet is an interconnected network of computers with which one communicates when online, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

39.     For example, on or about October 14, 2025, KNAUER and MV1 exchanged the following messages:

> KNAUER: i love you so much
> MV1: I love you more
> KNAUER: you fill my every day with joy
> MV1: Me too [smiley face emoji] wish you could fill me literally soon
> KNAUER: fuckkk
> KNAUER: shh you gonna make him stand up fudge hahaha
> MV1: Why
> MV1: I didn't do anything wrong
> KNAUER: imagining it hahaha
> KNAUER: thinking of him making you stuffed and squirming while making noises
> KNAUER: specially hearing my name escape your lips as i take and claim you
> KNAUER: like hearing your body scream the name of the one who owns you giving every little bit of yourself to me

40.     On or about October 14, 2025, the Facebook Messenger conversation between KNAUER and MV1 continued:

> MV1: What if the day comes that you decided to leave me
> KNAUER: it won't happen
> KNAUER: i love you and i wanna spend every second being naughty with you all over the world

41.     A couple hours later, KNAUER asked MV1 to "talk dirty" to him while he masturbated in the car. During this conversation, KNAUER and MV1 describe an explicit fantasy scenario involving KNAUER, MV1, and a made-up male.

> MV1: You gonna force me to enter to the car

MV1: And sexually Abuse me ?
KNAUER: as we drag you into our van
KNAUER: then i would fuck you
KNAUER: and make him watch
MV1: And then
KNAUER: as you are raped by me
MV1: Fuck ughh
KNAUER: and slapped and hit
KNAUER: for being such a slut

This conversation continued:

KNAUER: we could fuck really close to him
MV1: And then you too ended fucking me
MV1: Yes
MV1: After you cum to me
MV1: U untie him and then u 2 fuck me together
KNAUER: yess
KNAUER: taking turn with your mouth and pussy . . .

42.     That same day, KNAUER told MV1, i think I really need to go there end of October". He continued . . . "i really cant handle it" im so fucking horny thinking about fucking you its driving me crazy sometimes" I really feel like I need to go there and fuck you for a week straight to unleash it and get relief.  KNAUER then asked if MV1's relative could join them for a day or so "just to get [MV1] into [KNAUER's] hotel without anyone looking suspicious". MV1 responded, "But baby it's too risky".  KNAUER continued "then after that you can just stay in the hotel and get fucked by me for a week".  Later, during that same conversation, KNAUER asked MV1 if she would be able to come and stay with him for a couple days. KNAUER then asked, "or do you think your fam would get too suspicious and pester you".

43.     KNAUER is a United States citizen.

**Conclusion**

13

44.    Based on the information and evidence set forth above, I respectfully submit that there is probable cause to establish that DYLAN JOSEPH KNAER committed the following offenses:

COUNT ONE:  Between on or about April 30, 2025, through in or about October 23, 2025, within the Eastern District of Virginia and elsewhere, the defendant, DYLAN JOSEPH KNAUER, a United States citizen, traveled in interstate and foreign commerce, with intent to engage in any illicit sexual conduct with another person, in violation of 18 U.S.C. § 2423(b);

COUNT TWO: Between on or about September 23, 2025, through in or about October 23, 2025, within the Eastern District of Virginia and elsewhere, the defendant, DYLAN JOSEPH KNAUER, using a facility and means of interstate and foreign commerce, attempted to, and did knowingly persuade, induce, entice, and coerce a minor who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, to wit:  Virginia Code Section 18.2-63 (carnal knowledge of child between thirteen and fifteen years of age); and Virginia Code Section 18.2-374.1:1 (possession, reproduction, distribution, solicitation, and facilitation of child pornography), in violation of  18 U.S.C. § 2422(b).

45.    Accordingly, I request that a complaint and arrest warrant be issued charging DYLAN JOSEPH KNAUER with such offenses.

Respectfully submitted,

Special Agent Kathryn J. Nguyen
Federal Bureau of Investigation

Sworn and subscribed to before me on
December 8, 2025 in Norfolk, Virginia.

Lawrence R. Leonard
United States Magistrate Judge