

FILED
JAN - 7 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYLAN JOSEPH KNAUER,<br><br>Defendant. | Case No. 2:26-cr-___<br><br>18 U.S.C. §§ 2423(b) & (f)<br>Travel with Intent to Engage in Illicit Sexual Conduct and Attempt<br>(Count One)<br><br>18 U.S.C. § 2428(a)<br>Criminal Forfeiture |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Between on or about May 29, 2025, through in or about October 23, 2025, within the Eastern District of Virginia, the defendant, DYLAN JOSEPH KNAUER, a United States Citizen, traveled, and attempted to travel, in interstate and foreign commerce, with intent to engage in any illicit sexual conduct with another person.

(In violation of Title 18, United States Code, Sections 2423(b) and (f).)

## CRIMINAL FORFEITURE

1. The defendant, DYLAN JOSEPH KNAUER, if convicted of the violation alleged in Count One of this Criminal Information, shall forfeit to the United States, as part of the sentencing of the defendant pursuant to Fed.R.Crim.P. 32.2:

   a. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the violation; and

   b. Any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All pursuant to Title 18, United States Code, Section 2428(a)).

Respectfully submitted,

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

Date: January 7, 2026

Robert K. McBride
First Assistant United States Attorney

By: _____
Kristen S. Taylor
Assistant United States Attorney

2